[No. 47895-8-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DOPPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-04053-5, Anthony P. Wartnik, J., entered December 20, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47957-1-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HENRY NADEAU, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00963-6, James H. Allendoerfer, J., entered October 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47982-2-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMOL SOK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-04474-3, Ann Schindler, J., entered January 12, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48025-1-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN ABOLAFYA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-02974-7, Richard A. Jones, J., entered January 25, 2001. *Dismissed* by unpublished per curiam opinion.